JEWELL VIVIAN DOUGLASS, RESPONDENT, v. RIGGS
DISLER COMPANY, APPELLANT.

Argued February 7, 1939—Decided April 21, 1939.

For the respondent, *Samuel T. French, Jr.*

For the appellant, *Carroll & Taylor.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   11.

*For reversal*—None.